UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BRYANT MONTALVO, on behalf of himself and all
others similarly situated,

                        Plaintiff,

-v-

FLYWHEEL SPORTS, INC.,

                     Defendant.

------------------------------------------------------------------X

16 Civ. 6259 (PAE)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:  6/8/2018

**PAUL A. ENGELMAYER, District Judge:**

    For the reasons stated on the record of yesterday's conference, the Court grants plaintiff's motion for certification of a settlement class and approval of the proposed settlement. The Court grants plaintiff's application for fees and costs, with minor modifications. Attorneys' fees shall be awarded in the amount of $104,908.67, and costs in the amount of $3,524. The claims administrator shall receive $41,750 in administrative fees, and the named plaintiff shall receive a service fee of $10,000.

    The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 88 and to close this case.

    SO ORDERED.

                                    *Paul A. Engelmayer*
                                  PAUL A. ENGELMAYER
                                  United States District Judge

Dated: June 7, 2018
       New York, New York